UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sandra Henry, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10830-DRH-PMF |
| *Katherine Jill Peterson Welch, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11040-DRH-PMF |
| *Linda Motes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10759-DRH-PMF |
| *Stephen Alabran v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11825-DRH-PMF |
| *Laura Koeneman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10897-DRH-PMF |
| *Laura Terrill Dyson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:11-cv-10128-DRH-PMF* |
| *Uyen Lai v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:12-cv-11589-DRH-PMF* |
| *Jennifer Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | *No. 3:10-cv-12185-DRH-PMF* |
| *Elaine Fulmer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12009-DRH-PMF |
| *Cassie Rudolph v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13378-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 12, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                      **JUSTINE FLANAGAN,**
                                      **ACTING CLERK OF COURT**

                                      **BY:** */s/Cheryl A. Ritter*
                                      **Deputy Clerk**

Date: February 17, 2015

Digitally signed by David R. Herndon
Date: 2015.02.17 10:17:36 -06'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT